```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                **CRIMINAL NO. 1:09CR123-2**
                                                      (Judge Keeley)

**DOMINIQUE OUTLAW,**

      **Defendant.**

### ORDER DENYING AS MOOT DEFENDANT'S PRO SE
### MOTION FOR POST-TRIAL RELIEF [DKT. NO. 85]

On November 1, 2010, the Court appointed Stephen Herndon ("Herndon") to represent the defendant, Dominique Outlaw ("Outlaw"), and directed Herndon to inform the Court by February 11, 2011, whether he intended to adopt Outlaw's pro se filings (dkt. no. 87). To date, Herndon has declined to adopt or pursue those filings, and, accordingly, the Court **DENIES** Outlaw's pro se motion for post-trial relief **AS MOOT** (dkt. no. 85).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, and all appropriate agencies.

DATED: June 3, 2011.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE